STEVEN W. MYHRE
Acting United States Attorney
Nevada Bar No. 9635
DANIEL D. HOLLINGSWORTH
Assistant United States Attorney
Nevada Bar No. 1925
Lloyd D. George United States Courthouse
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
(702) 388-6336
(702) 388-6787 (fax)
Counsel for the United States of America

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 2:05-cr-0100-RLH-LRL |
| | ) | 2:06-cr-0002-RLH-GWF |
| NELSON OSEMWENGIE, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## UNOPPOSED MOTION FOR EXTENSION OF TIME

**(Second Request)**

Pursuant to Fed. R. Civ. P. 6(b), LR IA 3-1, and LR 6-1[1], the United States of America ("United States") respectfully submits this unopposed motion seeking an extension of time until and

---

[1] Although this is a criminal case, the Federal Rules of Civil Procedure apply to the ancillary forfeiture proceeding because ancillary forfeiture proceedings are considered civil in nature. *See United States v. Alcaraz-Garcia*, 79 F.3d 769, 772 n. 4 (9th Cir. 1996) (holding that "the third party proceeding is *civil* in nature" and, therefore, Fed. R. App. P. 4 determines the timeliness of an appeal from the denial of a third-party petition under 21 U.S.C. § 853(n)); *United States v. Douglas*, 55 F.3d 584, 588 (11th Cir. 1995) (holding that a third-party claim in a proceeding ancillary to criminal forfeiture is to be considered a civil action for purposes of permitting an award of attorney's fees under the Equal Access to Justice Act); *United States v. BCCI Holdings (Luxembourg) S.A.*, 69 F. Supp. 2d 36, 54-55 (D.D.C. 1999) (because the ancillary proceeding is essentially civil in nature, "the Court adopted and adapted the Federal Rules of Civil Procedure" to impose sanctions under Fed. R. Civ. P. 11, to allow dispositive motions under Fed. R. Civ. P. 12 and 56, to permit civil discovery, and to allow appeals by third parties from denial of claims under Fed. R. Civ. P. 54(b)).

including March 30, 2007, for the United States to respond to the Petitions of Lantis Osemwengie (Docket #167 in 2:05-cr-0100-RLH-LRL and Docket #267 in 2:06-cr-0002-RLH-GWF) and the Petitions of Philomena Osemwengie (#168 in 2:05-cr-0100-RLH-LRL and #268 in 2:06-cr-0002-RLH-GWF) filed on February 9, 2007, in 2:06-cr-0002-RLH-GWF and on February 12, 2007, in 2:05-cr-0100-RLH-LRL. The United States's responses are currently due on March 12, 2007, respectively.

The reasons for the second requested extension are that the United States Secret Service Special Agent has been unavailable the past few weeks to assist concerning the facts and circumstanes in this case, and counsel for the United States was (1) involved in several last-minute high profile criminal matters from March 1, 2007, through March 7, 2007, (2) had a Ninth Circuit Mediation hearing, and (3) two last minute civil cases that required and consumed much of the time intended for the preparation of Responses to the Petitions.

On March 9, 2007, Mr. Ulrich W. Smith, counsel for Nelson and Lantis Osemwengie, indicated that he has no opposition to the requested extension of time. This unopposed motion is not submitted solely for the purpose of delay or for any other improper purpose.

DATED this 12th day of March, 2007.

> STEVEN W. MYHRE
> Acting United States Attorney
>
> /s/ Daniel D. Hollingsworth
> DANIEL D. HOLLINGSWORTH
> Assistant United States Attorney

IT IS SO ORDERED.

_____
CHIEF UNITED STATES DISTRICT JUDGE

DATED: March 13, 2007

2

**PROOF OF SERVICE**

I, Daniel D. Hollingsworth, certify that the following individuals were served the **UNOPPOSED MOTION FOR EXTENSION OF TIME (Second Request)** on March 12, 2007 by the below-identified method of service:

<u>CM/ECF (E-mail)</u>

David T. Brown
master@gbplawfirm.com
Attorney for Defendant Amber Jamison

William C. Carrico
ECF_Vegas@FD.ORG
Attorney for Defendant Nelson Osemwengie

Michael V. Cristalli
mcristalli@cristalli-saggese.com
Attorney for Defendant Kingsley Osemwengie

Brian M. Fisher
lvcriminaldefense@yahoo.com
Attorney for Defendant Charles Doucette

Andrew S. T. Fritz
fritz1@cox.net
Attorney for Defendant Omar Richardson

Osvaldo E. Fumo
ozzie@fumolaw.com
Attorney for Defendant Lisa Perry

Terrence M. Jackson
Terry.Jackson.Esq@gmail.com
Attorney for Defendant Michael Schwigart

Kevin M. Kelly
kmksps@aol.com
Attorney for Defendant Frank Enochs

Todd M. Leventhal
todlev@yahoo.com
Attorney for Defendant Pamela Beardsley

John N. McNicholas
john@mcnicholaslawoffice.com
Attorney for Defendant Francisco Escamilla

Douglass A. Mitchell
dmitchell@bsfllp.com
Attorney for Defendant Kim McCarrick

Thomas C. Naylor
TNaylorLaw@msn.com
Attorney for Defendant Floyd Thompson

Garrett T. Ogata
admin@gtogata.com
Attorney for Defendant Mustafa Abdi

Travis E. Shetler
travisshetler@gmail.com
Attorney for Defendant Mustafa Abdi

Ulrich W. Smith
uwsmith@aol.com
Attorney for Defendant Francisco Escamilla and
Petitioners Lantis and Philomena Osemwengie

Bret O. Whipple
whipplefed@mailsnare.net
Attorney for Defendant Muhammad Ali

Richard A. Wright
raw886@earthlink.net
Attorney for Defendant Nelson Owemwengie

DATED this 12th day of March, 2007.

/s/ Daniel D. Hollingsworth
DANIEL D. HOLLINGSWORTH
Assistant United States Attorney