FILED ___ RECEIVED
ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

JAN 04 2017

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | 2:05-CR-100-RLH-LRL |
| vs. | ) ) | |
| KINGSLEY OSEMWENGIE | ) ) | |
| Defendant. | ) ) | |

## ORDER

The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in a Criminal Case (#222) on May 31, 2007. Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution were not made a part of the Judgment. Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee(s) listed below:

| | |
|---|---:|
| WELLS FARGO BANK | 37,051.44 |
| NEVADA STATE BANK | 57,863.30 |
| BANK OF AMERICA | 2,678.65 |
| ABERCROMBIE AND FITCH | 324.64 |
| KIDS FOOT LOCKER | 53.73 |
| BEBE | 287.03 |
| SUN SHADE | 395.49 |
| FOOT LOCKER | 435.38 |
| CHAMPS | 42.99 |
| SAVON DRUGS | 33.75 |
| NIKETOWN | 145.13 |

**Total Amount of Restitution ordered:** $99,311.53**

**Joint and Several with co-defendants

Dated this _____4_____ day of January, 2017.

_____
UNITED STATES DISTRICT JUDGE